IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM SOLOMON LEWIS,<br>      Petitioner, | :<br>:   3:15-cv-00092 |
| v. | :<br>:   (Judge Mariani) |
| WARDEN, U.S.P. CANAAN,<br>      Respondent. | :<br>: |

## ORDER

**AND NOW**, this 26th day of June, 2015, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's motion, (Doc. 11), for appointment of counsel is **DENIED without prejudice.**

2. Petitioner's motion, (Doc. 13), for an evidentiary hearing is **DENIED without prejudice.**

                                                  _____
                                                  Robert D. Mariani
                                                  United States District Judge