## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM SOLOMON LEWIS,                  :        Civil No. 3:15-cv-92
                                         :
                 Petitioner             :        (Judge Mariani)
                                         :
        v.                               :
                                         :
WARDEN, U.S.P. CANAAN,                   :
                                         :
                 Respondent             :

## ORDER

**AND NOW**, this _3rd_ day of October, 2016, upon consideration of the petition for

writ of habeas corpus (Doc. 1), and in accordance with the Court's Memorandum of the

same date, **IT IS HEREBY ORDERED THAT**:

1.      The petition for writ of habeas corpus is **DENIED**.  (Doc. 1).

2.      The Clerk of Court is directed to **CLOSE** this case.



                                                Robert D. Mariani
                                                United States District Judge